211 So.2d 331

**ALLIED CONCORD FINANCIAL CORPORATION**

v.

**Edwin HABER, d/b/a Carrollton Plumbing and Heating.**

No. 49318.

June 21, 1968.

In re: Allied Concord Financial Corporation applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 209 So.2d 294.

The application is denied. There appears no error of law in the judgment complained of.

211 So.2d 331

**Peter A. DUNN and Frank M. Denton**

v.

**BESSIE F. HIERN SCHOOL, INC.**

No. 49319.

June 21, 1968.

In re: Peter A. Dunn and Frank M. Denton applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 209 So.2d 538.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.